# NEW CRIMINAL CASE COVER SHEET     U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ☑ YES   ○ NO     **DOCKET NUMBER:** 1:19 cr 27

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.*

| | |
|---|---|
| **CASE NAME** : US vs | Leonardo Castillo Balderas, et al |
| **COUNTY OF OFFENSE** : | Henderson |
| **RELATED CASE INFORMATION** : | none |
| *Magistrate Judge Case Number* : | 1:19mj18 |
| *Search Warrant Case Number* : | |
| *Miscellaneous Case Number* : | |
| *Rule 20b* : | |
| **SERVICE OF PROCESS** : | warrants |

**U.S.C. CITATIONS** (Mark offense carrying greatest weight):    ○ Petty    ○ Misdemeanor    ● Felony

21 U.S.C. § 846 & 841(a)(1)

**JUVENILE:**    ○ Yes    ● No

**ASSISTANT U. S. ATTORNEY** : Thomas Kent

**VICTIM/WITNESS COORDINATORS:**

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**