UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:19-CR-27 |
| | ) | |
| v. | ) | |
| | ) | **MOTION TO CONTINUE** |
| JESSICA LEE PHILLIPS | ) | |
| | ) | |
| | ) | |

NOW COMES the Defendant, JESSICA LEE PHILLIPS, by and through her undersigned counsel of record, Jack W. Stewart, who moves this Court for a continuance of the above-captioned matter from the Bond Revocation Calendar of Monday, May 13, 2019. In support of said Motion, the undersigned counsel states as follows:

1. That this matter is scheduled for hearing on May 13, 2019 at 2:00 p.m. before the Magistrate Judge W. Carleton Metcalf.

2. That undersigned counsel is currently involved in a capital murder trial which commenced on Monday, May 6, 2019 in the Superior Court Division of Buncombe County in the matter styled State v. Nathaniel Elijah Dixon; Docket Numbers: 16 CRS 084881-3, 16 CRS 084930, and 17 CRS 000106, which is expected to last approximately six to eight weeks.

3. That undersigned counsel, on behalf of the Defendant, waives the time limits for the conduct of any bond revocation hearing set for Monday, May 13, 2019 and respectfully requests that this matter be continued to a later date.

4. That this Motion for continuance is filed in good faith on behalf of the Defendant in the best interest of judicial economy and fairness;

5. That prior to the filing of this Motion, undersigned counsel conferred with the Office of the U.S. Attorney and has not heard as to any opposition to this requested continuance.

WHEREFORE this Defendant respectfully prays this Court:

1. To continue the Bond Revocation Hearing of this matter from the May 13, 2019 Court Docket for the reasons herein set forth above.

2. For such other and further relief as the Court deems just and proper.

THIS the 9th day of May, 2019.

     s/ J. Stewart
Jack W. Stewart
State Bar No: 10053
Attorney for the Defendant
Post Office Box 1920
Asheville, North Carolina 28802
(828) 253-5673
jack@jackstewartlaw.com

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing pleading upon all other parties via ECF transmission as follows:

Thomas Kent; thomas.kent@usdoj.gov
Attorney for the United States

This the 9th day of May, 2019.

     s/ J. Stewart
Jack W. Stewart

2