UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:19-cr-00027-MOC-WCM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER CONTINUING CASE AS TO |
| ) | ALL DEFENDANTS |
| **ERIC CALDERON** ) | |
| **LINDA MICHELLE PATINO** ) | |
| **JESSICA LEE PHILLIPS,** ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on defendant Calderon's Unopposed Motion to Continue. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant Calderon's Unopposed Motion to Continue (#52) is **GRANTED,** this matter is continued to the next criminal term, and the Court finds the delay caused by such continuance shall be excluded in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv), as failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Further, the ends of justice served by granting such continuance outweigh the best interests of the public and the defendant in a speedy trial. Specifically, defendant and counsel have shown a need for additional time to review discovery and other materials in preparing for trial or other resolution of this matter.

**IT IS FURTHER ORDERED** that in accordance with 18 U.S.C. § 3161(h)(6), this matter is continued as to co-defendants Patino and Phillips and the time is excluded as a reasonable period of delay as such defendants are joined with a co-defendant whose case has been continued from the term and as to whom the time for trial has not run and no motion for severance has been granted.

This matter is continued to the August 2019 term, and the time is excluded. The time for filing pretrial motions is **ENLARGED** by 60 days.

Signed: May 29, 2019

Max O. Cogburn Jr
United States District Judge